IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MAYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-1393 |
| | ) | |
| IRAJ SHARIAT, | ) | Judge Nora Barry Fischer/ |
| | ) | Magistrate Judge Amy Reynolds Hay |
| Defendant. | ) | |

## ORDER

AND NOW, this 16th day of May, 2007, after the plaintiff, Eric Mayers, filed an action in the above-captioned case, and after a motion for summary judgment was filed by the defendant, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Eric Mayers
AJ-2328
S.C.I. GREENSBURG
R.D. #10, Box 10
GREENSBURG, PA 15601

Samuel H. Foreman, Esq. by Notice of Electronic Filing